# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WILLIAM B. MILLS** and **MARY JANE MILLS,**
Appellants,

v.

**VERO BEACH COUNTRY CLUB, INC.,** a Florida not for profit
corporation,
Appellee.

No. 4D21-2730

[September 1, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 312019CA000599.

Laura H. Mirmelli of Busch Mills & Slomka, LLP, Milton, Georgia, Clive N. Morgan of Morgan Legal, P.A., Jacksonville, and Christopher Y. Mills of Morgan Legal, P.A., West Palm Beach, for appellants.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***